United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN THORNTON,

          Plaintiff,

     v.

JOHN DOE,

          Defendant.

Case No. 25-cv-05015-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Robin Thornton has not complied with the Clerk's Notices to file a complaint and a motion to proceed *in forma pauperis* (or pay the filing fee).  (Dkt. Nos. 2 and 3.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Thornton may move to reopen.  Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; and (iii) contain a complete application to proceed *in forma pauperis* or full payment for the $402.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:**  August 5, 2025

_____
WILLIAM H. ORRICK
United States District Judge